UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Civil Action No. 22-3236 (RCL) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  June 20, 2024
            Washington, DC

Respectfully submitted,

/s/ *Daniel Stotter*
Daniel J. Stotter
Stotter Law Offices LLC
 P.O. Box 1753
Corvallis, OR  97339
(541) 738-2601
dstotter@qwestoffice.net

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar.
#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

            /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7123

*Attorneys for the United States of America*